IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNY THOMAS**                                                              **PLAINTIFF**

v.                  **CASE NO. 4:20-CV-00275 BSM**

**CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON**                                    **DEFENDANT**

## ORDER

Kenny Thomas's motion to stay discovery [Doc. No. 15] is denied because he has failed to show that "he cannot protect himself at [this] civil trial by selectively invoking his Fifth Amendment privilege . . . or that the two trials will so overlap that effective defense of both is impossible." *Koester v. Am. Republican Inv. Inc.*, 11 F.3d 818, 823 (8th Cir. 1993).

IT IS SO ORDERED this 1st day of July, 2021.

                                                        */s/ Brian S. Miller*
                                                   UNITED STATES DISTRICT JUDGE