IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNY THOMAS**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 4:20-CV-00275 BSM**

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, LONDON**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE